United States District Court
Southern District of Texas
**ENTERED**
April 04, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | **CRIMINAL NO. 18-CR-710-S** |
| | § | |
| **CLARENCE C. ROLAND, III** | § | |
|     **a.k.a. Joshua Stein** | § | |
| **DOB:06/05/1961** | § | |

### ORDER

Upon consideration of Government's Application for Writ of Habeas Corpus Ad Prosequendum, it is hereby ORDERED that the writ in the above-styled and numbered cause be issued as to Defendant **CLARENCE C. ROLAND, III; a.k.a. Joshua Stein**, as requested in the Petition set out above.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Houston, Texas, this _____ day of _April_____ 2019.

_____
UNITED STATES DISTRICT JUDGE