UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. H-18-710 |
| CLARENCE ROLAND, III a.k.a. Joshua Stein | § § § | |

UNITED STATES' DISCLOSURE OF ORGANIZATIONAL VICTIMS

The United States hereby discloses to the Court pursuant to Federal Rule of Criminal Procedure Rule 12.4 that the following organizations are victims of the crimes alleged in this indictment:

1. Bank of America
2. Wells Fargo Bank, N.A.
3. US Bank National Association
4. First Horizon National Corporation, a Division of First Tennessee Bank
5. BNY Mellon
6. Ocwen Financial Corporation
7. Bayview Loan Servicing
8. A Pacific Holding LLC
9. Chicago Title Company
10. Fidelity National Title Insurance Company
11. First American Title
12. Title Resources Guaranty
13. Paynet Insurance Services, Inc.
14. Old Republic National Title
15. Title Financial Corporation
16. Fannie Mae
17. McCrumb Rentals
18. Cove Capital Partners

The United States will supplement this notice as required.

        Respectfully submitted,

        Ryan K. Patrick
        United States Attorney

BY:   s/Melissa J. Annis
        Melissa J. Annis
        Assistant United States Attorney
        Southern District of Texas