United States District Court
Southern District of Texas
**ENTERED**
October 21, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-18-710 |
| § | **COMPLEX CASE** |
| CLARENCE C. ROLAND III § | |

**O R D E R**

The defendant filed an unopposed motion for a continuance and to deem the case complex, (Docket Entry No. 35). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The case is deemed complex. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Interim Pretrial Conference is set for: | **January 22 2020, at 9:00 a.m.** |
| Motions are to be filed by: | March 3, 2020 |
| Responses are to be filed by: | March 18, 2020 |
| Pretrial conference is reset to**:** | **March 25, 2020 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 1, 2020 at 9:00 a.m.** |

SIGNED on October 21, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge