Page 1 of 2
Request for Doc.

United States Courts
Southern District of Texas
FILED
FEB 12 2020
David J. Bradley, Clerk of Court

February 8, 2020
Clarence Roland
Reg. No 30131086
FDC - Houston
P.O. Box 526255
Houston TX 77052

Request For Documents

Re: USA v. Clarence Roland   Case No. 4:18CR710

Clerk For Judge Lee Rosenthal
United States District Court for the Southern
District of Texas Houston Division
P.O. Box 61010
Houston TX 77002-2600

Dear Clerk,

I am working on my case, and I have determined that I need the following information on my case in order to prepare:

- Copy of the Writ of Habeas Corpus Ad Prosequendum
- Copy of Arrest Warrant(s)
- Copy of Scheduling Order
- Copy of Docket Report
- Copy of Appointed Counsel's Sr Voucher (if entitled to see
- Copy of Factual Basis (if available)
- Blank 1983 Civil Rights Complaint Form w/ Informa pauperis

Over

Feb. 8, 2020

Request for Doc.

Re: USA v. Clarence Roland Case No. 4:18CR710

Request For Documents (cont'd)

- Copy of latest Superseding Indictment
- Addresses to Fifth Circuit Court of Appeals
- Blank Motion Under 28 U.S.C.S. § 2255 with instructions And In Forma Pauperis Form
- Copy of Professional Bio for Chief Justice Lee Rosenthal (if available)
- Detention Hearing Transcript May 14, 2019

Thank you very much, I appreciate whatever information that you can get me. Thank you.

Respectfully Submitted,

*[signature]*

Clarence Roland, Defendant
Reg. No. 30131086
FDC Houston
P.O. Box 625255
Houston TX 77052



Clarence Roland
Reg. No. 30131086
FDC Houston
P.O. Box 526255
Houston TX 77052

Legal Mail

Clerk for Chief Judge Lee Rosenthal
United States District Court for the Southern
District of Texas Houston Division
P.O. Box 61010
Houston, TX 77208-2600

NORTH HOUSTON TX 773
10 FEB 2020 PM 2 L

United States Courts
Southern District of Texas
FILED
FEB 12 2020
David J. Bradley, Clerk of Court