United States District Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. H-18-710 |
| | § | |
| CLARENCE C. ROLAND, III | § | |

**MEMORANDUM AND OPINION DENYING
DEFENDANT'S MOTION TO TRANSFER**

Clarence C. Roland III asks the court to transfer this mortgage fraud case to either the Southern District of California or the Western or Eastern District of Washington. (Docket Entry No. 80). He appears to rely on Rule 21 of the Federal Rules of Criminal Procedure. His motion, however, does not show that the convenience of the parties, any victim, or the witnesses requires or supports transfer. The witnesses are in different states, meaning that trial in any of those states, including in the Southern District of Texas, will mean that some out of state witnesses will be required. There is no record of any, much less prejudicial, pretrial publicity about this case or Mr. Roland that would make it difficult for him to get a fair trial in the Southern District of Texas.

As the government points out in its response, (Docket Entry No. 82), the indictment alleges facts that occurred as part of the charged mortgage fraud conspiracy in the Southern District of Texas. The indictment also alleges as part of the wire fraud counts that emails or faxes were sent from the Southern District of Texas to locations outside the District, and alleges as part of the money laundering counts that monetary transfers over $10,000 were sent from a bank in the Southern District.

In short, venue is proper in this district and there is no basis for transfer. Mr. Roland's motion, (Docket Entry No. 80), is denied.

SIGNED on September 22, 2021, at Houston, Texas.

                                                Lee H. Rosenthal
                                       Chief United States District Judge