UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.   H-18-710-S |
| | § | |
| CLARENCE C. ROLAND III | § | |

## GOVERNMENT'S REQUESTED VOIR DIRE

The United States of America files herein its requested voir dire questions.

        Respectfully submitted,

        JENNIFER B. LOWERY
        UNITED STATES ATTORNEY

By:   /s/ John R. Braddock
       JOHN R. BRADDOCK
       Assistant United States Attorney

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   1**

Is there anyone here who is acquainted with or knows the defendant, Clarence C. Roland III?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   2**

Defendant Clarence Roland is representing himself in this cases and David Nachtigall is standby counsel.

Assistant United States Attorneys John Braddock and John Wakefield represent the United States in this case.

Do any of you know any of these attorneys?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   3**

If you have been in your current job or employment for less than five (5) years, what was your previous job or employment?

If you are retired, what was your employment prior to your retirement?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   4**

Are any of you suffering from a physical limitation affecting your hearing or sight which would make it difficult for you to serve as an alert juror?

Are any of you under the care of a physician?

### GOVERNMENT'S REQUESTED VOIR DIRE NO. __5__

Has any member of the panel ever served as a juror in a civil or criminal case in which an agreement as to a verdict was not reached?

### GOVERNMENT'S REQUESTED VOIR DIRE NO. __6__

Has any member of the panel ever had a <u>personal</u> <u>interest</u> in the outcome of a criminal case? By the term "personal interest" is meant:

(a)  Made an appearance as a witness in a criminal case.

(b)  Or, an interest in behalf of a close friend or relative charged with a crime.

If so, what is the nature of the interest?

### GOVERNMENT'S REQUESTED VOIR DIRE NO. __7__

Are there any among you who are now or have previously been charged with a state or federal crime?

Are there any among you who have a family member or close friend who has been charged with a state or federal crime?

Are there any among you who have been the subject of a federal or state criminal investigation?

Are there any among you that presently have any case pending at this time in State Court, Federal Court, Tax Court, or with any federal agency or appeal authority?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. __8__

Are there any among you who have any claim against the United States or any agency or department of the United States including the Internal Revenue Service pending at this time?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. __9__

Are there any among you whose business or personal activities have brought you into contact with fraud?

If yes, what were the circumstances?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. __10__

Do you have an attorney with whom you regularly consult? If so, what is his or her name? On what type of matters do you consult with the attorney?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. ___11___

Is there any among you who would not believe the testimony of a witness who had been employed by a sheriff's department or was a member of a federal agency including a Special Agent with the Federal Bureau of Investigation merely because the witness is a law enforcement officer and for no other reason?

On the other hand, is there any among you who would believe the testimony of a Special Agent simply because the witness is a law enforcement officer?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. ___12___

Is there any among you who would not believe the testimony of a witness just because the witness had been previously convicted of a felony and for ono other reason?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. ___13___

The law permits testimony by a co-conspirator. Is there any among you who would not believe the testimony of a co-conspirator witness just because the witness is a co-conspirator and for no other reason?

### GOVERNMENT'S REQUESTED VOIR DIRE NO.   14

Have any of you previously applied for a mortgage loan or a home equity loan?

If you obtained a mortgage or equity loan do feel that at any point you were treated unfairly by the lending company, loan servicing company or their agent or representative?

### GOVERNMENT'S REQUESTED VOIR DIRE NO.   15

Do any of you have a family member or close friend who you feel was treated unfairly by the lending company, loan servicing company or their agent or representative?

### GOVERNMENT'S REQUESTED VOIR DIRE NO.   16

As a result of any such unfair treatment, was there any litigation or other dispute resolution activities with a lending company, loan servicing company or their agent or representative?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   17**

Did the result of that unfair treatment or dispute cause you, your family member or a close friend to file for bankruptcy?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   18**

Have any of you either currently or in the past challenged the validity of any type of a mortgage or consumer loan?

If so, in what manner did you challenge the validity of that loan?

Are you familiar with any challenge by a family member or close friend to the validity of a mortgage or consumer loan?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   19**

Have any of you sold residential property which had an outstanding mortgage or home equity loan?

When the property was sold, was the outstanding loan paid off?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   20**

Have any of you engaged in a "short sale" of a residential property which was the collateral for an outstanding mortgage or home equity loan?

Was the "short sale" approved by the mortgage company who held the mortgage note?

When the property was sold. Was any portion of the outstanding loan paid with the proceeds of the sale?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.  21**

Are you, a family member or close friend, currently or previously involved in the lending industry?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.  22**

Are you, a family member or close friend, currently or previously involved professionally in selling or purchasing real estate?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.  23**

Are you, a family member or close friend, currently or previously involved in the business of closing real estate transactions through a title company or attorney's office?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   24**

Are you, a family member or close friend, currently or previously involved professionally in title searches concerning real property?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   25**

Are you, a family member or close friend, currently or previously involved in any manner in writing or selling title insurance?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   26**

Are you, a family member or close friend, attempted to collect or actually collect on a title insurance policy?

Was the entirety of your losses covered by the title insurance payment?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   27**

Are you, a family member or close friend, currently or previously involved professionally in debt or mortgage elimination?

**GOVERNMENT'S REQUESTED VOIR DIRE NO.   28**

Are you, a family member or close friend, currently or previously involved

professionally in credit repair?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. __29__

Have you, a family member or close friend, currently or previously been a notary?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. __30__

The government has the burden of proving the defendant's guilt beyond a reasonable doubt. While the government's burden is a strict or heavy burden, does each of you understand that it is not necessary that the defendant's guilt be proven beyond all possible doubt or a shadow of doubt?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. __31__

The law makes no distinction between direct and circumstantial evidence. Would you give each the same weight in your deliberations?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. __32__

Do any of you have such a bias or prejudice against the defendant or the government that you could not render a true verdict?

## GOVERNMENT'S REQUESTED VOIR DIRE NO.   33

Do any of you have any reason that you know of as to why you could not render a true verdict based solely on the evidence presented in this case or why you do not want to sit as a juror in this case?

## GOVERNMENT'S REQUESTED VOIR DIRE NO.   34

Do any among you have any conscientious objection, religious belief or mental reservation such that you could not, in good faith, sit as a juror in a criminal case and return a verdict of guilty, even if you believe from all of the evidence, that the government has proved its case beyond a reasonable doubt?

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Government's Requested Voir Dire was delivered electronically to Defendant Clarence Roland and David Nachtigall, Standby Counsel for defendant Clarence Roland, on this the 1st day of September, 2022.

/s/ John R. Braddock
JOHN R. BRADDOCK
Assistant United States Attorney