IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | CR NO. 4:18-CR-710 |
| | § | |
| | § | **Lee H. Rosenthal** |
| VS. | § | Judge |
| | § | |
| | § | **Lisa Eddins** |
| CLARENCE ROLAND, III | § | Case Manager      Court Reporter |

Jury Trial Proceeding

**EXHIBIT LIST OF GOVERNMENT**

| No. | Description | Offr | Obj. | Admit | N/Adm |
| --- | --- | --- | --- | --- | --- |
| | **Incorporation Documents** | | | | |
| 1 | Restoreloution Trustee Corporation (Washington) | | | | |
| 2 | Restorelution Reconveyance Corporation (Nevada) | | | | |
| 3 | Canaan Development Inc. (Nevada) | | | | |
| 4 | United National Title Company, LLC (Nevada) | | | | |
| 4a | Truth in Lending Associates, Corp (Nevada) | | | | |
| 5 | Sooner Trustee Services, LLC (Oklahoma) | | | | |
| 6 | Federal National Services, LLC (Nevada) | | | | |
| 7 | Midwest Regional Pass Through, LLC (Nevada) | | | | |
| 8 | National Recovery REO Services, Inc. (Deleware) | | | | |
| 9 | Ananias & Sapphira Investors Group, LLC (Oklahoma) | | | | |
| 10 | Colossians Investors Group, LLC (Nevada) | | | | |
| 10a | Corinthians Investors Group, LLC (Nevada) | | | | |
| 11 | Southwest Security Passthrough, LLC (Oklahoma) | | | | |
| 12 | Nevada Legal Forms records concerning Truth in Lending Associates, Corp. 9595 Six Pines Dr., Suite 8210, The Woodlands, Texas | | | | |
| 12a | Chart of incorporated entities | | | | |
| | **422 Windsor Way NE, Renton, WA** | | | | |
| 13 | Northwest Title LLC records for 422 Windsor Way NE, Renton, WA | | | | |
| 13a | Windsor Way chart | | | | |

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 14a | Certified copy of Notice of Trustee's Sale filed 11/19/2007 | | | | |
| 14b | Certified copy of Notice of Trustee's Sale filed 2/26/2008 | | | | |
| 14c | Certified copy of Notice of Trustee's Sale filed 12/31/2008 | | | | |
| 14d | Certified copy of Notice of Discontinuance of Trustee's Sale filed 2/23/2009 | | | | |
| 14e | Special Power of Attorney | | | | |
| 14f | Certified copy of Deed of Trust: Grantor- Arlando Ray & T. Jacobs Grantee- Ownit Mortgage Solutions and Mortgage Electronic Registration Systems, Inc. (MERS) | | | | |
| 14g | Certified copy of Special Power of Attorney Northwest Ownit Mortgage Solutions, Inc. 2006 Corporate Pass Thru Certificates Series 2006 appoints National Recovery REO Services, Inc.-Caleb Wright as Attorney-in-Fact | | | | |
| 14h | Flow of funds chart Windsor Way | | | | |
| | **3306 Claremont Ave. South, Seattle, WA** | | | | |
| 15 | Northwest Title, LLC/Nextitle records for 3306 Claremont Ave. South, Seattle, WA | | | | |
| 15a | Certified copy of Deed in Lieu of Foreclosure from T.T. Duong to Clarence Roland | | | | |
| 15b | Certified copy of Quit Claim Deed T. & Arlando Jacobs | | | | |
| 15c | Certified copy of Statutory Warranty Deed Grantor: Clarence Roland; Grantee T. Jacobs | | | | |
| 15d | Certified copy of Notice of Trustee's Sale on Duong Deed of Trust | | | | |
| 15e-1 | Certified copy of Deed of Trust 1st Note- Borrowers T. & Arlando Jacobs; Lendor Central Pacific Mortgage Company; Beneficiary MERS | | | | |
| 15e-2 | Certified copy of Deed of Trust 2nd Note- Borrowers T. & Arlando Jacobs; Lendor Central Pacific Mortgage Company; Beneficiary MERS | | | | |
| 15f-1 | Certified copy of 10/30/2009 Notice of Trustee's Sale | | | | |
| 15f-2 | Certified copy of 3/9/2010 Notice of Trustee's Sale | | | | |

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 15f-3 | Certified copy of 3/17/2010 Notice of Trustee's Sale | | | | |
| 15f-4 | Certified copy of 3/30/2010 Notice of Trustee's Sale | | | | |
| 15g | Certified copy of Notice of Fraud and Intent to Litigate | | | | |
| 15h | Certified copy of Notice of Revocation of Power of Attorney | | | | |
| 15i | Certified copy of Notice of Right to Cancel | | | | |
| 15j-1 | Certified copy of Lis Pendens dated 3/5/2010 | | | | |
| 15j-2 | Certified copy of Notice of Lis Pendens dated 6/11/2010 | | | | |
| 15k | Certified copy of Assignment of Deed of Trust Grantor: T. & Aralando Jacobs Grantee: 3306 Claremont Avenue Trust signed by Clarence Roland as Attorney-in-Fact | | | | |
| 15l | Certified copy of Statutory Warranty Deed Grantor: T. Jacobs; Grantee: 3306 Claremont Avenue Trust | | | | |
| 15m | Certified copy of Abstract of Trust naming C. Roland as trustee for 3306 Claremont Avenue Trust | | | | |
| 15n | Certified copy of Trustee's Deed Upon Sale by Quality Loan Service Corporation as Trustee to Aurora Loan Services, LLC | | | | |
| 15o | Certified copy of Deed of Trust Grantor: 3306 Claremont Avenue Trust Grantee: InterBank Loan Servicing Corporation Trustee: United National Title Company to secure loan of $525,000 | | | | |
| 15p | Certified copy of Recission of Trustee's Deed Upon Sale signed S. Dockery as Authorized Agent of Aurora Loan Services | | | | |
| 15q | Certified copy of Statutory Warranty Deed Grantor: "Aurora Loan Services, LLC" Grantee: Drexel Investments, Inc. Signed by Caleb Wright of National Recovery REO Services, Inc. as Attorney-in-Fact for Aurora Loan Services | | | | |
| 15r | Certified copy of Deed of Trust signed by Drexel Investments, LLC to Eastside Funding, LLC | | | | |
| 15s | Claremont Chart | | | | |
| 15t | Stewart Title Company records for 3306 Claremont Ave. South, Seattle, WA | | | | |
| | **10309 Southridge Dr., Rancho Cuacamonga, CA** | | | | |

EXHIBIT LIST OF GOVERNMENT; CR NO. 4:18-CR-710

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 16 | Fidelity Title records for 10309 Southridge Dr., Rancho Cuacamonga, CA | | | | |
| 16a | Flow of Funds chart 10309 Southridge | | | | |
| | **1644 Caminito Barlovento Unit 98, La Jolla, CA** | | | | |
| 17 | Equity Title Records for 1644 Caminito Barlovento Unit 98, La Jolla, CA | | | | |
| 18 | People's Escrow records for 1644 Caminito Barlovento | | | | |
| 18a | Flow of funds chart 1644 Caminito Barlovento | | | | |
| | **1725 Crossroads St., Chula Vista, CA** | | | | |
| 19 | Pacific Coast Title records for 1725 Crossroads St | | | | |
| 20 | Hermosa Escrow records for 1725 Crossroads St | | | | |
| 20a | Flow of funds chart Crossroads | | | | |
| | **16013 South Desert Foothills Parkway #2024 Phoenix, AZ** | | | | |
| 21 | Equity Title records for 16013 South Desert Foothills Parkway #2024 | | | | |
| 21a | Flow of funds chart 16013 South Desert Foothills Parkway | | | | |
| 21b | Affidavit for Business Records, Fidelity National Title Insurance Company - Certified copy of property records | | | | |
| 22a | Certified copy of Deed of Trust Borrowers: S & S Young; Lendor- First Horizon Home Loans, A Division of First Tennessee Bank N.A. | | | | |
| 22b | Certified copy of Full Reconveyance by Federal National Services as Trustee | | | | |
| 23a | Certified copy of Affidavit of Property Value signed by S & S Young as buyers | | | | |
| 23b | Certified copy of Affidavit of Property Value signed by Joshua Stein as buyer | | | | |
| | **3830 Lakewood Parkway East #2137, Phoenix, AZ** | | | | |
| 24 | Equity Title records for 3830 Lakewood Parkway East #2137 | | | | |
| 25 | Fidelity Title records for 3830 Lakewood Parkway East #2137 | | | | |

EXHIBIT LIST OF GOVERNMENT; CR NO. 4:18-CR-710

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 26 | Certified copy of Deed of Trust  Borrower Steven & Susan Young; Lender First Horizon Home Loans | | | | |
| 26a | Certified copy of Corporate Assignment of Deed of Trust  Grantor-First Horizon Home Loans, A Division of First Tennessee Bank N.A.; Grantee- Southwest First Horizon 2007 Corporate Pass-Through Certificates Series 2007 | | | | |
| 26b | Certified copy of Appointment of Successor Trustee by Southwest First Horizon 2007 Corporate Pass-Through Certificates Series 2007 of Federal National Services, LLC | | | | |
| 26c | Certified copy of Deed in Lieu of Foreclosure  Grantor- S. & S. Young; Grantee- Southwest First Horizon 2007 Corporate Pass-Through Certificates Series 2007 | | | | |
| 26d | Certified copy of Affidavit of Individual Giving Deed in Lieu of Foreclosure | | | | |
| 26e | Certified copy of Grant, Bargain, and Sale Deed  Grantor- Southwest First Horizon 2007 Corporate Pass-Through Certificates Series 2007 Grantee- Annanias & Sapphira Investors Group, LLC | | | | |
| 26f | Certified copy of Affidavit of Property Value  Seller- Southwest First Horizon 2007 Corporate Pass-Through Certificates Series 2007; Buyer- Annanias & Sapphira Investors Group, LLC | | | | |
| 26g | Certified copy of Deed of Trust  Borrower- Annanias & Sapphira Investors Group, LLC; Lender- InterBank Loan Servicing Corp; Trustee- United National Title Co | | | | |
| 26h | Certified copy of Full Reconveyance Federal National Services on behalf of First Horizon Home Loans, A Division of First Tennessee Bank, N.A. | | | | |
| 26i | Certified copy of Affidavit of Property Value  Seller- Annanias & Sapphira Investors Group, LLC; Buyer- Paynet Insurance Services, Inc. | | | | |
| 26j | Certified copy of Warranty Deed  Grantor-Annanias & Sapphira Investors Group, LLC; Grantee- Paynet Insurances Services, Inc. | | | | |
| 26k | Flow of funds chart Lakewood Parkway | | | | |
| | **802 S. Cajon Avenue, West Covina, CA** | | | | |

EXHIBIT LIST OF GOVERNMENT; CR NO. 4:18-CR-710

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 27 | EscrowNet records for 802 S. Cajon Avenue, West Covina, CA | | | | |
| 27a | S. Cajon Ave Chart | | | | |
| 27b | Cajon wire chart | | | | |
| 28a | Certified copy of Deed in Lieu of Foreclosure Grantor- N. & A. Cailipan; Grantee- Bayrock Mortgage Corporation, its Successor in Assigns, Southwest Bayrock 2005 Corporate Pass-Through Certificates Series 2005 | | | | |
| 28b | Certified copy of Grant, Bargain and Sale Deed Grantor- Southwest Bayrock 2005 Corporate Pass-through Certificates Series 2005; Grantee- Ananias & Sapphira Investors Group, LLC. | | | | |
| 28c | Certified copy of Quit Claim Deed Grantor-Bayrock Mortgage Corporation, its Successor in Assigns, Southwest Bayrock 2005 Corporate Pass-Through Certificates Series 2005; Grantee- Ananias & Sapphira Investors Group, LLC | | | | |
| 28d | Certified copy of Grant Deed Grantor-Annanias & Sapphira Investors Group, LLC; Grantee- PayNet Insurance Services, Inc | | | | |
| 28e | Certified copy of Grant Deed Grantor- PayNet Insurance Services, Inc.; Grantee-Hett Investment Group, LLC | | | | |
| 28f | Flow of funds chart Cajon Ave | | | | |
| | **1377 Mountain View Lane, Chula Vista, CA** | | | | |
| 29 | Elite Escrow records for 1377 Mountain View Ln. | | | | |
| 29a | Mountain View Chart | | | | |
| 30a | Certified copy of Deed in Lieu of Foreclosure Grantor- E. & A. Rausa; Grantee- Southwest MCIG Capital 2007 Corporate Pass-Through Certificates Series 2007 | | | | |
| 30b | Certified copy of Grant Deed Grantor- Southwest MCIG Capital 2007 Corporate Pass-Through Certificates Series 2007; Grantee- Colossians Investors Group, LLC | | | | |

EXHIBIT LIST OF GOVERNMENT; CR NO. 4:18-CR-710

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 30c | Certified copy of Deed of Trust  Borrower- Colossians Investors Group, LLC; Lender- InterBank Loan Servicing Corp; Trustee-Southwestern Land Title | | | | |
| 30d | Certified copy of Grant Deed  Grantor-Colossians Investors Group, LLC; Grantee: Cove Capital Properties, LLC | | | | |
| 30e | Certified copy of Grant Deed  Grantor-Cove Capital Properties, LLC | | | | |
| 30f | Certified copy of Deed of Trust   Borrowers- E. & A. Rausa; Lender- MCIG Capital Corporation | | | | |
| 30g | California Title Co. records for 1377 Mountain View Ln, Chula Vista, CA closing in Oct. 2014 | | | | |
| 30h | Flow of funds chart Mountain View | | | | |
| | **402 3rd Avenue East, Polson, MT** | | | | |
| 31 | First American Title Company records for 402 3rd Ave East | | | | |
| 31a | 402 3rd Ave. East, Polson, MT Chart | | | | |
| 32a | Certified copy of Corporation Assignment of Deed of Trust  Grantor-Federal National Mortgage Association; Grantee- Northwest Eagle Bank 2009 Corporate Pass-Through Certificates Series 2009 | | | | |
| 32b | Certified copy of Appointment of Successor Trustee Northwest Eagle Bank 2009 Corporate Pass-Through Certificates Series 2009 appoints Federal National Services, LLC Trustee | | | | |
| 32c | Certified copy of Trustee's Deed  Trustee-First American Title Company of Montana, Inc.; Beneficiary-Fannie Mae | | | | |
| 32d | Certified copy of Recission of Trustee's Deed  Trustee-Federal National Services, LLC | | | | |
| 32e | Certified copy of Deed in Lieu of Foreclosure  Grantor- C.M. Green; Grantee Eagle Bank, its successor in assigns, Northwest Eagle Bank 2009 Corporate Pass-Through Certificates Series 2009 | | | | |

EXHIBIT LIST OF GOVERNMENT; CR NO. 4:18-CR-710

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 32f | Certified copy of Grant, Bargain, and Sale Deed Grantor- Northwest Eagle Bank 2009 Corporate Pass-Through Certificates Series 2009 conveys to Grantee- P&W Property Investments, LLC for $150,000 | | | | |
| 32g | Certified copy of Deed of Trust   Borrower- P&W Property Investments, LLC;  Lender- InterBank Loan Servicing Corp; Trustee- Southwestern Land Title Company | | | | |
| 32h | Certified copy of Full Reconveyance  Grantor-P&W Property Investments, LLC;  Beneficiary-InterBank Loan Servicing Corp;  Trustee-Southwestern Land Title Company | | | | |
| 32i | Flow of funds chart 402 3rd Ave. East, Polson, MT | | | | |
| | **Bank Records** | | | | |
| 33 | Wells Fargo Bank account xxx7179 held in the name Federal National Services LLC (authorized signers Arlando Jacobs and Clarence Roland) | | | | |
| 34 | Wells Fargo Bank account xxx0515 and xxx0635 held in the name Clarence Roland | | | | |
| 35 | Wells Fargo accounts xxx6274 and xxx7967 held in the name of Canaan Land Ministries (authorized signer Clarence Roland) | | | | |
| 36 | Wells Fargo accounts xxx6282 and xxx7975 held in the name National Recovery REO Services Inc. (authorized signer Clarence Roland) | | | | |
| 36a | Wells Fargo accounts xxx6282 held in the name National Recovery REO Services Inc.; Withdrawal/ Deposit of $29,200.00 | | | | |
| 37 | Wells Fargo accounts xxx7055 and xxx6029 held in the name Midwest Regional Pass Through LLC (authorized signer Clarence Roland) | | | | |
| 38 | Wells Fargo accounts xxx1263, xxx1271, xxx9413 held in the name Colossians Investors Group LLC (authorized signer Clarence Roland) | | | | |
| 39 | Bank of America account xxx2643 held in the name Restorelution Reconveyance Corporation | | | | |

EXHIBIT LIST OF GOVERNMENT; CR NO. 4:18-CR-710

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 40 | Bank of America account xxx6171 held in the name Anaias and Sapphira Investors Group LLC (authorized signor Donnie Nabors) | | | | |
| 41 | US Bank account 3904 held in the name Restoreloution Trustee Corporation | | | | |
| 42 | US Bank account 2644 held in the name Ren'Esans Development LLC (authorized signer Clarence Roland) | | | | |
| 43 | Woodforest National Bank account xxx0796 held in the name of National Recovery REO Service, Inc. (authorized signer Bruce Jacobs) | | | | |
| 44 | USAA Federal Savings Bank account 7741 held in the name Donnie Nabors | | | | |
| 45 | Union Bank, NA account xxx9298 held in the name of Virginia Johnson | | | | |
| 46 | Banner Bank account xxx1810 held in the names of Kenneth and Steven Young | | | | |
| 47 | Rabobank, N.A. account xxx2822 held in the name of The Hallau Property Trust Thomas Ayer, Trustee | | | | |
| 48 | CalPrivate Bank account xxx6016 held in the name of G.L. Martin Properties, LLC | | | | |
| 49 | KeyBank account xxx8822 held in the name of Virtuous Women Ministries | | | | |
| 50 | Wells Fargo Bank accounts xxx 2733 and 8633 held in the name Infinite Realty LLC (authorized signers Adelaine and Norman Cailipan) | | | | |
| 51 | Bank of America account xxx4103 held in the name National Asset Works, LLC | | | | |
| 52 | Bank of America account xxx4845 held in the name Trimergence Brown (authorized signers Amber Jackson Brown and James Brown) | | | | |
| 53 | First Security Bank Account Agreement for P&W Property Investment LLC account xxx1359 | | | | |
| 54 | Bank of America account xxx4005 held in the name Jacorp Industries, Inc. (authorized signers Arlando and Trina Jacobs) | | | | |

EXHIBIT LIST OF GOVERNMENT; CR NO. 4:18-CR-710

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| | **MISCELLANEOUS** | | | | |
| 60 | LogMeIn USA, Inc. spreadsheet | | | | |
| 60a | Comcast IP address documents | | | | |
| 61 | Texas Secretary of State records from the Notary Public Records regarding F. Vasquez and Ming Li | | | | |
| 61a | Texas Secretary of State records from the Notary Public Records regarding M. Tereza | | | | |
| 61b | Texas Secretary of State records from the Notary Public Records regarding J. Gonzalez | | | | |
| 61c | Texas Secretary of State Notary Public Records confirming notary commissions for Ming Li and F Vasquez | | | | |
| 62 | UPS Store records 565 South Mason Road, Katy, TX | | | | |
| 63 | FDIC Certificate Bank of America (Certified 7/2/2021) | | | | |
| 64 | FDIC Certificate Wells Fargo Bank (Certified 7/2/2021) | | | | |
| 65 | FDIC Certificate First Tennessee Bank (Certified 7/2/2021) | | | | |
| 66 | FDIC Certificate The Bank of New York Mellon (Certified 7/2/2021) | | | | |
| 67 | FDIC Certificate US Bank N.A. (Certified 7/2/2021) | | | | |
| 68 | Synargo records | | | | |
| 69 | Visualnet Media records | | | | |
| 69a | Invoice to Truth in Lending Associates Corporation from Visual net Media Inc., dated 1/1/2016 | | | | |
| 70 | Rental agreement for 11 Scarlet Sage Place, Spring, TX | | | | |
| 71 | Houston Dental records | | | | |
| 71a | Houston Dental Implant Center Ledger for Clarence Roland on 09/02/2021 | | | | |
| 72 | Regus records | | | | |
| 73 | January 12th to January 16, 2012 email exchanges | | | | |
| 74 | June 8, 2012 email from Clarence Roland | | | | |
| 75 | August 9, 2012 email from Clarence Roland | | | | |

EXHIBIT LIST OF GOVERNMENT; CR NO. 4:18-CR-710

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 76 | August 14, 2012 email from Clarence Roland forwarding email from Shamrock Escrow | | | | |
| 77 | November 8, 2012 email from Caleb Wright | | | | |
| 78 | March 22, 2013 email from Greg Wilson | | | | |
| 79 | April 25, 2013 email from Caleb Wright | | | | |
| 80 | May 14, 2013 email chain | | | | |
| 81 | August 19, 2013 emails from Clarence Roland to Tom Hautka | | | | |
| 82 | August 20, 2013 email from Roland to Hautka | | | | |
| 83 | December 9, 2013 emails between Hautka and Roland | | | | |
| 84 | July 7, 2014 emails between Hautka and Roland | | | | |
| 85 | July 22, 2014 emails between Hautka and Roland | | | | |
| 86 | | | | | |
| 86a | | | | | |
| 87 | | | | | |
| 88 | Photo of UPS Store 565 S. Mason Road, Katy, TX | | | | |
| 88a | Photo of Box 405 at UPS Store | | | | |
| 89 | Photo of 5847 San Felipe, Houston, TX | | | | |
| 89a | Photo of 9595 Six Pines, The Woodlands, TX | | | | |
| | **Washington State Search** | | | | |
| 90 | Photo of mail addressed to Clarence Roland at 5016 Fairwood Blvd. NE Apt 5, Tacoma, WA | | | | |
| 91 | Photo of desk area | | | | |
| 92 | Photo of computer equipment | | | | |
| 93 | Photo of worktable and printer | | | | |
| 94 | Photo of spiral notebooks in bedroom | | | | |
| 95 | Photo of 2nd bedroom | | | | |
| 96 | Photo of Storage Facility | | | | |
| 97 | Photo of Unit 0005 | | | | |
| 98 | Photo of interior of unit 0005 | | | | |

EXHIBIT LIST OF GOVERNMENT; CR NO. 4:18-CR-710

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 99 | Photo of files in filing cabinets | | | | |
| 100 | Texas notary stamp F. Vasquez | | | | |
| 100a | Photo of notary stamp in the name F. Vasquez | | | | |
| 101 | Texas notary stamp Ming Li | | | | |
| 101a | Photo of notary stamp in the name Ming Li | | | | |
| 102 | Washington notary stamp Danielle Yvette Wright | | | | |
| 102a | Photo of notary stamp in the name Danielle Yvette Wright | | | | |
| 103 | Stamp- Bayrock Mortgage Corporation, its Successor in Assigns, Southwest Bayrock 2005 Corporate Pass-Through Certificates Series 2005 by: Angies Garcia, Secretary | | | | |
| 103a | Photo of Bayrock Mortgage Corporation stamp | | | | |
| 104 | Stamp- Read, Accepted and Approved By: Northwest America's Wholesale Mary Ann Sanchez | | | | |
| 104a | Photo of Northwest America's Wholesale stamp | | | | |
| 105 | Stamp- Northwest Countrywide 2008 Corporate Pass-Through Certificates 2008 | | | | |
| 105a | Photo of Northwest Countrywide stamp | | | | |
| 106 | Stamp- Angie Garcia | | | | |
| 106a | Photo of Angie Garcia stamp | | | | |
| 107 | Stamp- Ming Li | | | | |
| 107a | Photo of Ming Li stamp | | | | |
| 108 | Stamp- Sharon James, Authorized Agent | | | | |
| 108a | Photo of Sharon James stamp | | | | |
| 109 | Stamp- Pay to the Order of Bank of America Las Vegas, NV 89183-6290 For Deposit Only Restorelution Reconveyance Corporation xxxxx2643 | | | | |
| 109a | Photo of Bank of America stamp for Restorelution Reconveyance Corporation | | | | |
| 110 | Photo of business and debit cards | | | | |
| 111 | Wells Fargo Bank Transaction Receipt for deposit of $29,200.00 credited on 4/17/2014 | | | | |

EXHIBIT LIST OF GOVERNMENT; CR NO. 4:18-CR-710

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 112 | Purchaser Copy of $22,8000 Cashier's Check purchased from Wells Fargo Bank on October 30, 2014 payable to Vitruous Women Ministries. | | | | |
| 113 | Purchaser Copy of $15,000 Cashier's Check purchased from Wells Fargo Bank on October 30, 2014 payable to Clarence Roland | | | | |
| 114 | Purchaser Copy of $50,000 Cashier's Check purchased from Wells Fargo Bank on April 30, 2015 payable to Clarence Roland | | | | |
| 115 | Copy of October 2, 2015 letter from First American Professional Real Estate Services to Interbank Loan Servicing Corp re: 3830 E. Lakewood Pkwy #2137, Phoenix, AZ | | | | |
| 116 | Copy of October 2, 2015 letter from First American Professional Real Estate Services to Interbank Loan Servicing Corp re: 16013 S. Desert Foothills Pkwy #2024, Phoenix, AZ | | | | |
| 117 | Copy of front page of the Deed in Lieu of Forclosure from N & A Cailipan to Bayrock Mortgage Corp/Southwest Bayrock 2005 Corporate Pass-Through Certificates Series 2005. | | | | |
| 118 | Copy of 2013 1099 from TILA CORP/Truth in Lending Associates Corp to Donnie Nabors. | | | | |
| 119 | Copy of first page of Seller's Closing Statement Estimated for 802 South Cajon Ave, West Covina, CA | | | | |
| 120 | National Recovery REO Services Cash for Keys and Release Agreement with Susan Stewart re: 1644 Caminito Barlovento, La Jolla, CA | | | | |
| 121 | Letter from John A. Murphy of Mortgage Electronic Registration Systems, Inc. "MERS" with attached Substitution of Trustee document. | | | | |
| 122 | Copy of layout of Joshua Stein TILA Corp business card | | | | |
| 123 | Copy of U-Haul Self-Storage receipt for Unit 0005 | | | | |
| 124 | Business card for Regus, 9595 Six Pines Dr., Suite 8210, The Woodlands, TX | | | | |
| 125 | Toll Violation notice from Harris County Toll Road Authority | | | | |

EXHIBIT LIST OF GOVERNMENT; CR NO. 4:18-CR-710

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 126 | Copy of Cash for Keys and Release Agreement for 1644 Caminito Barlovento, La Jolla, CA | | | | |
| 127 | Copy of Promissory Note between Susan Stewart and Clarence Roland | | | | |
| 128 | Alaska Airlines Production PNRs flown | | | | |
| 128a | Alaska Airlines Production PNRs not flown | | | | |
| 128b | Alaska Airlines Production Business Record Affidavit | | | | |
| 129 | Certified Records form the Texas Department of Public Safety for Fidel Vasquez | | | | |
| 130 | Documents from Kandakar Alam concerning Interbank loan | | | | |
| 131 | | | | | |
| 132 | Certificate of Formation For-Profit Corporation – Kiwi Solutions Incorporated | | | | |
| 133 | Bank of America records – Jaleecia Roland, Acct #8126 | | | | |
| 134 | Regus Office Space – 9595 Six Pines Drive | | | | |
| 135 | UPS Store – 565 S. Mason Road | | | | |
| 136 | Regus Office Space – 5847 San Felipe | | | | |
| 137 | Chart – 1644 Caminito Barlovento | | | | |
| 138 | Chart - 16013 S. Desert Foothills Pkwy | | | | |
| 139 | Chart - 3830 E. Lakewood Pkwy | | | | |
| 140 | Chart - 10309 Southridge Drive | | | | |
| 141 | Chart - 1725 Crossroads Street | | | | |

                          Respectfully submitted,

                          JENNIFER B. LOWERY
                          United States Attorney

By:    /s/ John Braddock
        John Braddock
        John Wakefield
        Assistant United States Attorneys
        1000 Louisiana St., Suite 2300
        Houston, Texas 77002
        (713) 567-9000

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing United States' Proposed Exhibit List was filed on September 5, 2022 and a copy served electronically by the Court's CM/ECF System on David Nachtigall, Standby Counsel of record and emailed to defendant Clarence Roland.

                          /s/ John Braddock
                          John Braddock
                          John Wakefield
                          Assistant United States Attorneys