Case 4:18-cr-00710   Document 150   Filed on 09/20/22 in TXSD   Page 1 of 3

United States Courts Southern
District of Texas
FILED
September 20, 2022
Nathan Ochsner, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CR NO. 4:18-CR-710 |
| | § | |
| CLARENCE ROLAND, III | § | |

### DEFENDANT'S EXHIBIT LIST

| No. | Description | Offr | Obj. | Admit | N/Adm |
| --- | --- | --- | --- | --- | --- |
| 1 | Susan Stewart File Checklist and Supporting Documents (Fidelity National) | | | X | |
| 2 | Susan Stewart File Checklist and Supporting Documents (Wells Fargo Home) | | | X | |
| 3 | Susan Stewart File Checklist and Supporting Documents (Wells Fargo Home Mort) | | | X | |
| 4 | Susan Stewart Phase I Document Checklist and Supporting Documents | | | X | |
| 5 | Susan Stewart Special Power of Attorney and Related Documents | | | X | |
| 6 | Susan Stewart File Checklist and Supporting Documents (Wells Fargo Bank) | | | X | |
| 7 | *No Exhibit* | | | | |
| 8 | *No Exhibit* | | | | |
| 9 | *No Exhibit* | | | | |
| 10 | *No Exhibit* | | | | |
| 11 | *No Exhibit* | | | | |
| 12 | *No Exhibit* | | | | |
| 13 | Deed of Trust for Montana Property | | | X | |
| 14 | Exemplar Deeds of Trust | | | | X |
| 15 | May 29, 2018 Memorandum of Activity | | | | X |
| 16 | TILA Corp. Phase Documents and Checklists | | | | X |
| 17 | U.S. v. Roland, Eastern District of Texas Docket Sheet | | | | X |
| 18 | Assertion of Right to Speedy Trial (Eastern District) | | | | X |

| # | Description | | | | X |
|---|---|---|---|---|---|
| 19 | Notice of Plea Agreement (Eastern District) | | | | X |
| 20 | HUD Correspondence to Clarence Roland | | | | X |
| 21 | U.S. v. Roland, Southern District of Texas Docket Sheet | | | | X |
| 22 | TILA Corp. Transaction Documentation | | | | X |
| 23 | October 18, 2017 D.O.J. Press Release | | | | X |
| 24 | Defendant's Statement in Mitigation and Sentencing Memorandum | | | | X |
| 25 | Request for Plea Hearing before District Judge (Eastern District) | | | | X |
| 26 | California Grand Jury Testimony of Clarence Roland | | | | X |
| 27 | California Grand Jury Testimony of Steve Knoblock | | | | X |
| 28 | Trust Directive | | | | X |
| 29 | Full Set of "Phase" Documents | | | | X |
| 30 | Blank Phase Documents | | | | X |
| 31 | 15 U.S.C. Sec. 1635 | | | | X |
| 32 | 15 U.S.C. Sec. 1640 | | | | X |
| 33 | 15 U.S.C. Sec. 1692 | | | | X |
| 34 | 12 U.S.C. Sec. 2601 | | | | X |
| 35 | 12 C.F.R. § 1026.15 | | | | X |
| 36 | California Civil Code Sec. 2924 | | | | X |
| 37 | RCW 4.16.040 (Washington Revised Code) | | | | X |
| 38 | Fed. R. Crim. P. 52 | | | | X |
| 39 | Haines v. Kerner | | | | X |
| 40 | Jesinoski v Countrywide Home Loans Inc. | | | | X |
| 41 | Hinrichsen v. Bank of America | | | | X |
| 42 | Shuster v. BAC Home Loans Servicing | | | | X |
| 43 | U.S. v Ron Pair Enterprises Inc. | | | | X |
| 44 | Clarence Roland Proposed Plea Agreement (Southern District) | | | | X |
| 45 | Clarence Roland Proposed Plea Agreement, Revised (Southern District) | | | | X |
| 46 | Roland Writ of Habeas Corpus (Eastern District) | | | | X |
| 47 | Motion to Certify as Complex (Southern District) | | | | X |
| 48 | Roland Proffer MOA (Eastern District) | | | | X |

| | | | | | |
|---|---|---|---|---|---|
| 49 | Roland Washington Conviction Documents | | | | X |
| 50 | Federal Courts Circuit Map | | | | X |
| 51 | Roland Charitable Donations | | | | X |
| 52 | Pictures of Boxes of Documents | | | | X |
| 53 | News Articles re: Robosigning | | | | X |
| 54 | Page from Appellate Brief | | | | X |
| 55 | 3306 Claremont Documents | | | | X |
| 56 | TILA Phase Documents | | | X | |