IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts Southern
District of Texas
FILED

*September 20, 2022*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § | CRIMINAL NO. H-18-710 |
| CLARENCE C. ROLAND 111 | § § | |

### JURY NOTE 1

We (Jury) are at a logical stopping point. We foresee the next part of our deliberation will take a few hours. Therefore, we are requesting we end for the day

Sept. 19, 2022
Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATE

**LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE**

> JURY NOTES SHOULD BE USED IN NUMERICAL ORDER.
> JURY NOTES ARE A PERMANENT PART OF THE RECORD.
> JURY NOTES SHOULD BE RETAINED AND GIVEN
> TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS.