IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § | CRIMINAL NO. H-18-710 |
| CLARENCE C. ROLAND 111 | § | |

JURY NOTE 2

The jury has reached a verdict and have completed deliberations.

Sept. 20, 2022
Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATE                                                        LEE H. ROSENTHAL
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

JURY NOTES SHOULD BE USED IN NUMERICAL ORDER.
JURY NOTES ARE A PERMANENT PART OF THE RECORD.
JURY NOTES SHOULD BE RETAINED AND GIVEN
TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS.