IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CRIMINAL NO. H-18-710 |
| CLARENCE C. ROLAND, III | § § § | |

## VERDICT OF THE JURY

We, the Jury, unanimously find the defendant **CLARENCE C. ROLAND, III**:

**Conspiracy to Commit Fraud**

    **Count 1:** _____ Not Guilty    ✓ Guilty

**Wire Fraud**

    **Count 2:** _____ Not Guilty    ✓ Guilty

    **Count 3:** _____ Not Guilty    ✓ Guilty

    **Count 4:** _____ Not Guilty    ✓ Guilty

**Engaging in Monetary Transactions over $10,000 in Property Derived From Specified Unlawful Activity**

Count 5: _____ Not Guilty \_\_\_✓\_\_\_ Guilty

Count 6: _____ Not Guilty \_\_\_✓\_\_\_ Guilty

Count 7: _____ Not Guilty \_\_\_✓\_\_\_ Guilty

Count 8: _____ Not Guilty \_\_\_✓\_\_\_ Guilty

Count 9: _____ Not Guilty \_\_\_✓\_\_\_ Guilty

Count 10: _____ Not Guilty \_\_\_✓\_\_\_ Guilty

Sept. 20, 2022
Date