United States District Court
Southern District of Texas
**ENTERED**
November 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| VS. | § CRIMINAL NO. H-18-710 |
| | § |
| CLARENCE C. ROLAND, III | § |

**ORDER**

Clarence Roland, a convicted felon awaiting sentencing, has moved for an immediate transfer from FDC Houston to the Joe Corley Detention Facility in Conroe, Texas. (Docket Entry No. 172). Mr. Roland was initially taken to Joe Corley following his conviction at trial and transferred to FDC Houston after a quarantine period. Mr. Roland states that before he was transferred to FDC Houston, he had to leave his trial notes at Joe Corley because, he was told, "FDC [Houston] does not accept or allow transport of legal materials." (*Id.* at 5).

Mr. Roland has not yet been sentenced and is in the custody of the U.S. Marshals Service. It is the standard procedure of the Marshals Service not to move inmates at their request.

The court denies the motion for an immediate transfer to the Joe Corley Detention Facility.

The court orders that the U.S. Marshals Service take steps to attempt to locate Mr. Roland's trial notes that remain at Joe Corley and report to the court on the results of those efforts.

SIGNED on November 9, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge